| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  L.R.B. Nurses Registry, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  11-3144770

4. **Debtor's address**

   **Principal place of business**
   
   4212 Church Avenue
   Brooklyn, NY 11203
   Number, Street, City, State & ZIP Code
   
   **Kings**
   County

   **Mailing address, if different from principal place of business**
   
   _____
   P.O. Box, Number, Street, City, State & ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership
   - ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

District: **Eastern District of New York**    When: **5/23/14**    Case number: **14-42616**

District: ___    When: ___    Case number: ___

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor: ___    Relationship to you: ___
District: ___    When: ___    Case number, if known: ___

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district?* | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | Estimated number of creditors | ☒ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000       ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. | Estimated Assets | ☒ $0 - $50,000        ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion |
| 16. | Estimated liabilities | ☒ $0 - $50,000        ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December  9, 2015**
              MM / DD / YYYY

**X  /s/ Marcelle Benn**                                **Marcelle Benn**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

**X  /s/ Norma E. Ortiz**                               Date  **December  9, 2015**
Signature of attorney for debtor                              MM / DD / YYYY

**Norma E. Ortiz**
Printed name

**Ortiz & Ortiz, LLP**
Firm name

**32-72 Steinway Street, Suite 402**
**Astoria, NY 11103**
Number, Street, City, State & ZIP Code

Contact phone  **(718) 522-1117**     Email address  **email@ortizandortiz.com**

Bar number and State

CERTIFICATE OF CORPORATE RESOLUTION OF
LRB NURSES REGISTRY INC.

The undersigned, MARCELLE BENN as administrator of the Estate of Leyland Benn, (the "President"), President of LRB NURSES REGISTRY, INC. Corp., a New York non-profit corporation (the "Company"), hereby certifies as follows:

    1. The following resolution was duly and unanimously adopted by a majority of the directors of the Company at a meeting duly called and held on December 7, 2015 at which a quorum of the directors was present and acting throughout the meeting, and said resolutions have not been amended and are in full force and effect:

    RESOLVED, that it is in the best judgment of the Board Of Directors that the Company commence a voluntary chapter 11 proceeding for reorganize its business and economic affairs. It is further

    RESOLVED, the Company shall retain Ortiz & Ortiz, LLP., as its bankruptcy counsel and may retain other professionals, as necessary, to prosecute its bankruptcy case. The Company is authorized to use its funds to provide said professionals the fees necessary to render the services required by the Company.

    It is further

    RESOLVED, that the Company is authorized to open a debtor in possession bank account and take all other steps necessary to ensure that it fully complies with applicable state and federal laws applicable to its bankruptcy case.

    Appearing below are the names of the persons authorized by the foregoing resolution to act on behalf of the Company, and appearing opposite their names are their positions and specimens of their true and correct signatures:

_____
MARCELLE BENN    President

    IN WITNESS WHEREOF, I have executed this certificate on the DECEMBER 9, 2015.

    I swear that the foregoing is accurate and true.

_____
MARCELLE BENN
Secretary/President