| | |
|---|---|
| ORTIZ & ORTIZ, L.L.P. | **Settlement Date: February 29, 2016** |
| Norma E. Ortiz, Esq. | **Settlement Time: 4:00 P.M.** |
| 32-72 Steinway Street, Suite 402 | |
| Astoria, New York 11103 | **Objections Due By:  February 22, 2016** |
| Tel. (718) 522-1117 | |
| *Attorneys for the Debtor* | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re

LRB NURSES REGISTRY, INC.,                    Case No. 15-45532-cec

                    Debtor.                    Chapter 11
---------------------------------------------------------X

### NOTICE OF SETTLEMENT OF PROPOSED ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM NO. 6 OF TIMEPAYMENT CORP.

**PLEASE TAKE NOTICE**, that a proposed order (the "Order"), a copy of which is annexed hereto, will be presented for settlement and signature to the Honorable Carla E. Craig, United States Bankruptcy Judge, at the United States Bankruptcy Court located at 271-C Cadman Plaza East, Brooklyn, New York 11201, on **February 29, 2016** (the "Settlement Date"), at 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, that objections to the Order, if any, must be made by **February 22, 2016**, (the "Objection Deadline") in writing and filed with the Clerk of the Bankruptcy Court electronically at www.nyeb.uscourts.gov.  If you do not have the ability to file an objection electronically, the objection may be filed with the Clerk of the Court by presenting the Clerk with a copy of the objection saved on a diskette or compact disk in .pdf format.  A copy of the objection must be provided to (a) the Chambers of the Honorable Carla E. Graig, and (b) Ortiz & Ortiz, LLP, 32-72 Steinway Street, Astoria, New York 11103, so as to be

received no later than seven (7) days before the Settlement Date.  The objection must comply with the Bankruptcy Rules and the Local Bankruptcy Rules of the court and must state with particularity the legal and factual bases for such objection.

Dated: February 3, 2016
       Astoria, New York

                                                                       */s/Norma E. Ortiz*
                                                        Norma E. Ortiz, Esq.
                                                        ORTIZ & ORTIZ, L.L.P.
                                                        32-72 Steinway Street, Suite 402
                                                        Astoria, New York 11103
                                                        Tel. (718) 522-1117
                                                        *Attorneys for the Debtor*