UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE:

                                                                            Case No.: 1-15-45532-cec
                                                                            Chapter 11

L.R.B. NURSES REGISTRY, INC.

                    Debtor.
-------------------------------------------------x

**NOTICE OF APPEARANCE**

Please enter the appearance of Alla Kachan as attorney for Abraham Greenhut in the above- referenced action. Service of all papers by Email and U.S. Mail should be addressed as follows:

Law Offices of Alla Kachan, P.C.
3099 Coney Island Avenue
3rd Floor
Brooklyn, NY 11235
Tel (718) 513-3145
Fax (347) 342-3145
Email: alla@kachanlaw.com

Dated this 25th day of May, 2016.

                                                                                         Sincerely yours,

                                                                                        Alla Kachan Esq.