UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re

L.R.B. NURSES REGISTRY, INC.,                      Case No. 15-45532

                         Debtor.                                        Chapter 11
---------------------------------------------------------X

## DECLARATION OF SERVICE

      I, Martha de Jesus, being duly sworn state as follows:.

1. I am over 18 years of age and not a party to this case.

2. On May 25, 2016, I served a copy of the Debtor's Application to Compel Successful Bidder to Perform Pursuant to his offer of $2,300,000 and Related Relief filed as Docket No. 43 (the "Application") and Order Fixing Method of Service and Shortening Notice Period for the Application to the parties on the annexed Mailing Matrix in the manner indicated.

      I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: May 26, 2016
       Queens, New York

                                                         /s/Martha J. de Jesus
                                                         Martha J. de Jesus

## Mailing Matrix

**VIA OVERNIGHT & ELECTRONIC MAIL**

Office of the United States Trustee
Attn: Nazar Khodorovsky, Esq.
201 Varick Street, Suite 1006
New York, NY 10014
Email:Nazar.Khodorovsky@usdoj.gov

Goidel & Siegel, LLP
56 West 45th Street, Third Floor
New York, NY 10036
Email:jgoidel@goidelandsiegel.com

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
3099 Coney Island Avenue, 3rd Floor
Brooklyn, New York 11235
Email: alla@kachanlaw.com

**VIA OVERNIGHT MAIL**

NYS Department of Taxation and Finance
ATTN: Office of Counsel
Building 9
W A Harriman Campus
Albany NY 12227

Internal Revenue Service
2 Metrotech Center 6th floor
Brooklyn NY 11201

New York City Dept of Finance
Office of Legal Affairs-Collection Unit
345 Adams St 3rd Floor
Brooklyn NY 11201

**VIA FIRST CLASS MAIL**

NYS Department of Labor
Unemployment Insurance Division
State Office Campus
Building# 12, Room# 256
Albany, NY 12240

CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.
BANKRUPTCY GROUP
4 IRVING PLACE, ROOM 1875-S
NEW YORK, NEW YORK 1003

Office of the Sheriff
Brooklyn Municipal Bldg.
210 Joralemon Street Fl 9
Brooklyn, NY 11201

Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482
Phoenix, AZ 85038