UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                                                Case No.: 1-15-45532-cec
                                                                             Chapter 11
L.R.B. NURSES REGISTRY, INC.

                        Debtor.
------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter the appearance of Joseph J. Schwartz, Esq. as attorney and co-counsel for Abraham Greenhut in the above-referenced action. Service of all papers by email and U.S Mail should be addresses as follows:

        Joseph J. Schwartz, Esq.
        Law Offices of David Fleischmann, P.C.
        2233 Nostrand Avenue, 3rd Floor
        Brooklyn, New York 11210
        Tel.: 718.650.6090
        Fax.: 718.504.7835
        Email: joseph@dfleischmann.com

Dated: May 31, 2016

                                                Respectfully submitted,

                                                Joseph J. Schwartz, Esq.